UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| United States of America, | Criminal No. | Case: 2:22−cr−20431 |
| Plaintiff, | Honorable | Assigned To: Murphy, Stephen J., III |
| v. | Violation: 18 U.S.C. § 670(a)(1) | Referral Judge: Grey, Jonathan J.C. |
| Nancy Marie Berner, | | Assign. Date: 8/23/2022 |
| Defendant. | | Description: INFO USA V. BERNER (KB) |
| _____/ | | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES

### COUNT ONE

**18 U.S.C. § 670(a)(1) - Theft of Medical Products**

1. From on or about October 1, 2021, to on or about February 14, 2022, in the Eastern District of Michigan, NANCY MARIE BERNER stole, obtained by fraud and deception, or knowingly and unlawfully took, pre-retail medical products that affected interstate commerce, specifically, vials and ampules containing a fentanyl solution and syringes containing a hydromorphone solution, in violation of 18 U.S.C. § 670(a)(1).

Dawn N. Ison
United States Attorney


*s/Regina R. McCullough*
REGINA R. MCCULLOUGH
Chief, Health Care Fraud Unit
Assistant United States Attorney
211 W. Fort St., Suite 2001
(313) 226-9618


*s/Andrew J. Lievense*
ANDREW J. LIEVENSE
Assistant United States Attorney
211 W. Fort St., Suite 2001
(313) 226-9665

Dated: August 23, 2022

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | **AUSA's Initials:** AJL |

**Case Title:** USA v. Nancy Marie Berner

**County where offense occurred:** Macomb

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

___Indictment/ ✓ Information --- **no** prior complaint.
___Indictment/___Information --- based upon prior complaint [**Case number:** ___ ]
___Indictment/___Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** ___   **Judge:** ___

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

August 23, 2022
Date

*Andrew J. Lievense* (signature)

Andrew J. Lievense
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9665
Fax:   313-226-2621
E-Mail address: andrew.lievense@usdoj.gov
Attorney Bar #: P68925

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.